939 So.2d 104 (2006)
JAMES R. LOGAN, Appellant,
v.
STATE OF FLORIDA, Appellee.
Case No. 2D06-2271.
District Court of Appeal of Florida, Second District.
Opinion filed September 27, 2006.
PER CURIAM.
Affirmed. See Cave v. State, 613 So. 2d 454 (Fla. 1993); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Cook v. State, 816 So. 2d 773 (Fla. 2d DCA 2002); Clayton v. State, 904 So. 2d 660 (Fla. 5th DCA 2005).
SALCINES, STRINGER, and SILBERMAN, JJ., Concur.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.